

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                         WORCESTER SUPERIOR COURT
                                                                                CIVIL ACTION NO.:

| | |
|---|---|
| MICHAEL CATALANO AND DONNA CATALANO, <br>       Plaintiffs, <br><br> v. <br><br> TOWN OF BLACKSTONE, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AND JURY DEMAND

### PARTIES

1. Plaintiff, Michael A. Catalano (hereinafter "Plaintiff Michael"), is an individual who owns and resides at 20 Mendon Street, Blackstone, Massachusetts, Worcester County. Plaintiff, Donna E. Catalano (hereinafter "Plaintiff Donna"), is an individual who owns and resides at 20 Mendon Street, Blackstone, Massachusetts, Worcester County. Plaintiff Michael and Plaintiff Donna are husband and wife and shall jointly be referred to as the "Plaintiffs."

2. The Defendant, The Town of Blackstone, is a duly formed Town in the Commonwealth of Massachusetts with central offices located at 15 St. Paul Street, Blackstone, MA 01504 (hereinafter "Defendant").

### FACTS COMMON TO ALL COUNTS

3. Plaintiff Michael and Plaintiff Donna have owned and resided at the real property and buildings thereon located at 20 Mendon Street, Blackstone, Massachusetts 01504

(hereinafter the "Catalano Property") since April of 1993 as evidenced by their deed recorded with the Worcester Registry of Deeds in Book 15095, Page 127.

4. For approximately twenty-eight (28) years the Plaintiffs and their family enjoyed the aesthetics and use of an approximately fifty-five (55) foot tall Sugar Maple tree known as species Acer Saccharum located near the northwest property line of the Catalano Property (hereinafter the "Sugar Maple").

5. The Sugar Maple was located on the boundary line between the Catalano Property and the adjacent property known and numbered as 22 Mendon Street, Blackstone, MA 01504 ("22 Mendon Street").

6. Plaintiffs were owners of the Sugar Maple as it was located on the Catalano Property.

7. On or about September 18, 2018, Colleen M. Strapponi, acting as the Code Enforcement Officer for the Town of Blackstone Board of Health, requested in writing that the owner of the 22 Mendon Street property take down the entire Sugar Maple.

8. At all relevant times, Colleen M. Strapponi and the other agents of the Defendant knew or should have known that the Plaintiffs resided at the Catalano Property.

9. The Defendant did not notify the Plaintiffs of its intention to remove the entire Sugar Maple prior to September 26, 2018.

10. On or about September 26, 2018, the owner of the 22 Mendon Street property willfully chopped down and removed the Sugar Maple at the request of the Defendant and without license from the Plaintiffs (hereinafter the "Incident").

11. Prior to the Incident and with the exception of losing two limbs in a snowstorm in March of 2018, the Sugar Maple was stable and healthy with a trunk diameter width averaging forty (40) inches.

12. As a direct result of the Defendant's acts and the Incident, Plaintiffs have lost the enjoyment and use of the Sugar Maple which has caused them severe emotional distress.

13. At no time did the Defendant notify or otherwise give the Plaintiffs the opportunity to protect their Sugar Maple.

## COUNT I

**(Michael Catalano and Donna Catalano v. Defendant Town of Blackstone)**
**(Violation of M.G.L. c. 242, §7)**

14. Plaintiffs repeat, restate, and incorporate by reference herein paragraphs 1 through 13 as if expressly rewritten here.

15. The wrongful and unpermitted acts of the Defendant directing the cutting and removing of the Sugar Maple constitute a violation of Massachusetts General Laws Chapter 242, Section 7 which caused the Plaintiffs' damages.

WHEREFORE, the Plaintiffs pray and demand that the Court enter judgment against the Defendant, Town of Blackstone, on Count I in an amount to be determined by the Court, together with interest, costs, attorney's fees and damages allowed by c. 242, §7, and for such other relief as the Court deems just.

## COUNT II

**(Michael Catalano and Donna Catalano v. Defendant)**
**(Negligence - Violation of M.G.L. c. 258, §§4 and 7)**

16. Plaintiffs repeat, restate, and incorporate by reference herein paragraphs 1 through 15 as if expressly rewritten here.

17. On or about September 25, 2020, Defendant received Plaintiffs' presentment notice in hand and in accordance with M.G.L. c. 258, § 4. A true and accurate copy of Plaintiff's notice is attached herewith as Exhibit A.

18. Defendant failed to respond to Plaintiffs' claims thereby constituting a denial of Plaintiffs' claims.

WHEREFORE, the Plaintiffs pray and demand that the Court enter judgment against the Defendant, Town of Blackstone, in an amount to be determined by the Court, together with interest, costs, attorney's fees and damages allowed by c. 258, §§4 and 7, and for such other relief as the Court deems just.

## COUNT III

### (Michael Catalano and Donna Catalano v. Defendant)
### (Violation of 42 U.S.C. §1983)

19. Plaintiffs repeat, restate, and incorporate by reference herein paragraphs 1 through 18 as if expressly rewritten here.

20. By the removal of the Plaintiffs' Sugar Maple, which, upon information and belief, was made at the direction of the Defendant Town of Blackstone, Defendant took away Plaintiffs' property without due process of law.

21. Defendant, under color of state law, deprived Plaintiffs of their civil rights, privileges and immunities guaranteed by the Constitution and Laws of the United States, in that its willful actions, including but not limited to, the directing of the complete removal of the Sugar Maple, were intended to and did deny the Plaintiffs' substantive and procedural due process, and were intended to and did deny them the privileges and immunities secured by the Constitution and laws of the United States, all in violation of 42, U.S.C. §1983.

22. Defendant deprived Plaintiffs of their Sugar Maple, a constitutionally protected property interest, under color of law, without substantive and procedural due process of law,

4

violating their rights under the Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §1983.

23. More specifically, Defendant's actions as described above subjected and/or caused the Plaintiffs to be subjected, to a deprivation of their property interest in the Sugar Maple, in violation of Plaintiffs' rights to procedural due process.

24. As a result of the unlawful conduct of Defendant, Plaintiffs suffered severe mental pain and suffering and damage to their reputation as a result of the Defendants' unlawful and discriminatory conduct.

WHEREFORE, Plaintiffs demand judgment against the Defendant, Town of Blackstone, for violations of Plaintiffs' civil rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and seeks back pay, compensatory damages, mental pain and suffering damages, punitive damages, attorney's fees, costs of this action, and all other damages and losses caused by Defendant's unlawful conduct.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiffs respectfully request that this Court enter judgment in favor of Plaintiffs and against Defendants on each Count of this Complaint and for:

1. Statutory damages;
2. Treble damages for violation of M.G.L. c. 242, §7;
3. Attorneys' fees, litigation expenses and costs of suit;
4. Compensatory, nominal and punitive damages; and
5. Such other and further relief as this Court deems reasonable and just.

**THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS**

                                               Respectfully submitted,
                                               Plaintiffs, Michael and Donna Catalano,
                                               By Their Attorneys,

                                               _____
                                               L. Richard LeClair, III, (BBO #561650)
                                               Guy A. Sergi, (BBO #704322)
                                               LeClair & LeClair, P.C.
                                               707 Main Street
                                               Waltham, MA 02451
                                               (781) 893-5655
                                               lrl@leclairlaw.com
                                               gsergi@leclairlaw.com

September 24, 2021

# Exhibit A

# LeClair & LeClair, P.C.
ATTORNEYS AND COUNSELORS AT LAW
707 MAIN STREET
P.O. Box 602
WALTHAM, MASSACHUSETTS 02451-0609
(781) 893-5655 • FAX (781) 647-9346

L. RICHARD LeCLAIR, III　　　　　　　　　　　　　　　　　　　　L. RICHARD LeCLAIR, JR.,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(1937 - 2011)

## PRESENTMENT NOTICE

September 24, 2020

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND IN HAND**
Robert J. Dubois, Chairman
Blackstone Board of Selectmen
15 St. Paul Street
Blackstone, MA 01504

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND IN HAND**
Tara Sullivan
Blackstone Town Clerk
15 St. Paul Street
Blackstone, MA 01504

　　My Client:　　　　Michael and Donna Catalano
　　Premises:　　　　20 Mendon Street, Blackstone, MA 01504

Dear Chairman Dubois and Clerk Sullivan:

　　　I represent Mr. and Mrs. Catalano (hereinafter the "Catalanos") who resides at the above-referenced Premises. All future communications and notices with regard to the issues set forth herein should be sent to me at 707 Main Street, Waltham, MA 02451. This is a notice under the Massachusetts Tort Claims and is given pursuant to M.G.L. c. 258, § 4.

　　　This claim arises from the events that took place on September 26, 2018 at the Premises. Arriving back to their home on September 26, 2018, the Catalanos were met with the Charron Tree Service crew who had cut down and were removing the Catalanos approximately fifty (50) foot Sugar Maple tree which is located on the Catalanos property. Charron Tree Service was hired by Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") who owned the adjacent property known and numbered 22 Mendon Street, Blackstone at the time.

Mr. Robert J. Dubois
Ms. Tara Sullivan
September 24, 2020
Page 2

      The Town of Blackstone negligently and arbitrarily directed Wells Fargo to cut down and remove the Sugar Maple. In an email dated September 18, 2018 from acting Town of Blackstone Code Enforcement Officer Colleen M. Strapponi directed to Wells Fargo, the Town's agent stated "In addition [to the fallen tree limb], the remaining tree is rotted and must come down." The Town did not notify the Catalanos that the Sugar Maple on their property was ordered to be taken down by the Town of Blackstone. Notably, the Town of Blackstone never produced any evidence supporting the assertions that the Sugar Maple was unhealthy.

      The Town of Blackstone was negligent and complicit with Wells Fargo and Charron Tree Service in the violations of M.G.L. c. 242, § 7 which resulted in damages to the Catalanos.

      As a result of the Town of Blackstone's negligence, the Catalanos have suffered and sustained the following pecuniary losses and damages: $123,800 in the loss of their Sugar Maple which was an appraisal value given by a certified master Arborist, $85,500.00 in restoration costs to replace the Sugar Maple on the Premises, and $100,000.00 in emotional distress damages. The Catalanos' life has not been the same since losing their Sugar Maple tree as they lost the use and enjoyment of the large and colorful tree. Based on the foregoing, the Catalanos' claim $465,000.00 in damages which represents tripled damages pursuant to the aforementioned Massachusetts tree statute codified as M.G.L. c. 242, § 7.

      I have enclosed a copy of Ms. Strapponi's email as well as the certified arborist's report for your review and records. Please respond to this demand at your earliest convenience. Pursuant to M.G.L. c. 258, failure to respond to this presentment of the Catalanos' claim within the statutory timeframe will be treated as a denial of their claim. I hope to resolve this matter amicably. Please do not hesitate to call me with any questions or concerns.

      Thank you for your attention to this matter.

Very truly yours,

Guy A. Sergi
gsergi@leclairlaw.com

Encl.

Aug 27 20 12:26p          Charron Tree Service                          508-928-2365                p.21

## Colleen Strapponi

**From:** Colleen Strapponi
**Sent:** Tuesday, September 18, 2018 1:09 PM
**To:** 'Michael.W.Tjebben@wellsfargo.com'
**Cc:** Kevin Ryan; Daniel M. Keyes; amanda.dougherty@wellsfargo.com
**Subject:** RE: 22 Mendon St., Blackstone, MA

Michael,

Please provide our office with the name and contact information of the property preservation and maintenance department head and the contact information of the insurance company that you have contacted regarding the property at 22 Mendon St., Blackstone, MA. The current conditions at the property are unsafe and present an immediate danger to the general public. As you are aware, a very large limb has fallen down onto the roof of the house. This limb has shifted. In addition, the remaining tree is rotted and must come down. The Town of Blackstone notified you on 19 April 2018 and again on 18 September 2018 of the unsafe conditions at this property. As of this writing, you have not brought the property into compliance and have been fined, to date, $47,000, through 13 September 2018. A fine in the amount of $1,000 per day will continue to be issued until the property is brought into compliance. The Board of Health will file the fines with the Uxbridge District Court and a non-criminal citation hearing will be scheduled through the court. You will be notified by the court of the hearing date.

In addition, I spoke with Mr. Shane Murray of your office on 13 September 2018 and he advised me that a Mr. Fernando Luna would return my telephone call, if not that day, the next day. As of this writing, I have not received a return phone call from Mr. Luna.

Your prompt and courteous attention to this matter is anticipated.

Colleen M. Strapponi
Acting Code Enforcement Officer


-----Original Message-----
From: Michael.W.Tjebben@wellsfargo.com [mailto:Michael.W.Tjebben@wellsfargo.com]
Sent: Monday, September 17, 2018 3:51 PM
To: Colleen Strapponi <cstrapponi@townofblackstone.org>
Cc: Kevin Ryan <kryan@townofblackstone.org>
Subject: RE: Scanned from a Xerox Multifunction Device

Hello Colleen,

I'm trying to get updates on the open insurance claim on this property and it being resolved so then can get the property handled and resolve the issues/violations. I will update as soon as I get feedback regarding it.

Thank you!

Michael Tjebben

Research Remediation Analyst I
Property Management · Building Code & Compl...

Wells Fargo Home Lending | 1 Hom  Campus
Phone: 515-446-5581 | Fax: 866-617-1240

# 20 Mendon Street, Blackstone, MA

# Tree Appraisal

Prepared for:
Neal J. Bingham
Law Offices of Jerry C. Effren
25 West Union Street
Ashland, MA 01721
(508)881-4950
nbingham@effren.net

Prepared by:
Michael S. Colman
New England Tree Consulting
ISA Board Certified Master Arborist #NE-1002B
Massachusetts Certified Arborist #2082
(508)254-2271
michael.s.colman99@gmail.com

December 3, 2019

*Guide for Plant Appraisal*

## Trunk Formula Method

Case # _____ Property Catalano _____ Date 12/3/2019
Appraiser Michael S. Colman

*Field Observations*

1. Species Sugar Maple (Acer saccharum)
2. Condition 87.5 %
3. Trunk Circumference _____ in./cm  Diameter 39 in./cm
4. Location % = [Site 75 % + Contribution 90 % + Placement 90 %]
   ÷ 3 = 85 %

*Regional Plant Appraisal Committee and/or Appraiser-Developed or -Modified Information*

5. Species rating                           90 %
6. Replacement Tree Size (diameter)         5 in./cm
   (Trunk Area) 20 in²/cm² $TA_R$
7. Replacement Tree Cost                    $ 2040.00
   (see Regional Information to use Cost selected)
8. Installation Cost                        $ 2220.00
9. Installed Tree Cost (#7 + #8)            $ 4260.00
10. Unit Tree Cost                          $ 213.00 per in²/cm²
    (see Regional Information to use Cost selected)

*Calculations by Appraiser using Field and Regional Information*

11. Appraised Trunk Area:
    ($TA_A$ or $ATA_A$; use Tables 4.4–4.7)
    or $c^2$ (#3) _____ × 0.08
    or $d^2$ (#3) 1106 × 0.785         = 868 in²/cm²

12. Appraised Tree Trunk Increase ($TA_{INCR}$) =
    $TA_A$ or $ATA_A$ 868 in²/cm² (#11) − $TA_R$ 20 in²/cm² (#6) = 848 in²/cm²

13. Basic Tree Cost = $TA_{INCR}$ (#12) 848 in²/cm² × Unit Tree Cost (#10) $ 213.00
    per in²/cm² + Installed Tree Cost (#9) $ 4260.00 = $ 184,884.00

14. Appraised Value = Basic Tree Cost (#13) $184,884.00 × Species rating
    (#5) 90 % × Condition (#2) 87.5% × Location (#4) 85 % = $ 123,757.00

15. If the Appraised Value is $5,000 or more, round it to the nearest $100; if it is less, round to the nearest $10.

16. Appraised Value = (#14) $ 123,800.00

---

Items 5 through 10 are determined by the Regional Plant Appraisal Committee. The Wholesale Replacement Tree Cost, the Retail Replacement Tree Cost, or the Installed Tree Cost (#9) divided by the Replacement Tree Size (#6) can be used for the Unit Tree Cost (#10), or it can be set by the Regional Plant Appraisal Committee.

New England Tree Consulting
Consulting Arborist                                                                    5

**Catalano Restoration Plan**

Site Preparation: stump removal, excavation of bank material, installation of supportive material for planting

| | |
|---|---|
| Labor: (3) men for 2 days @ $2600.00/day | $ 5,200.00+/- |
| Disposal: | $   750.00+/- |
| Materials: gravel, loam and fill | $ 1,800.00+/- |
| Tax: | $    112.50 |
| Equipment: large excavator @ $800.00/day | $ 1,600.00 |
| Tree costs: (3)13"c. Acer Saccharum @ $12,000.00/ea. | $36,000.00 |
| Tax: | $ 2,250.00 |
| Freight: wide load trucking | $18,000.00+/- |
| Installation: setting of trees, backfilling, guying and mulching | |
| Materials: loam, fill, mulch and guying kits | $ 1,900.00+/- |
| Tax: | $    118.75 |
| Labor: (3) men for (3) days @ $2600.00/day | $ 7,800.00+/- |
| Equipment: large crane @ $5,000/day @ 2 days | $10,000.00 |
| **Total** | **$85,531.25+/-** |

New England Tree Consulting
Consulting Arborist                                                                                         11